03-CV-00038-AF

Hon. Barbara J. Rothstein

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 3 1 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIN S. LAKHA, a married man in his separate estate,<br><br>Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company,<br><br>Defendant. | No. CV03 0038R<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>(Clerk's Action Required) |

The above-captioned parties, by and through their attorneys of record, hereby stipulate and agree that this matter has been fully compromised and settled and that this action and all claims asserted herein should be dismissed **with prejudice and without cost** to any party hereto.

DATED this 16th day of July, 2003.

GRAHAM & DUNN

By _____
Douglas C. Berry, WSBA #12291
Attorneys for Defendant BP West Coast Products

INSLEE, BEST, DOEZIE & RYDER, P.S.

By _____
Andrew L. Symons, WSBA # 7770
Attorneys for Plaintiff Amin S. Lakha

ORIGINAL

STIPULATION AND ORDER FOR
DISMISSAL -- 1

No. CV03 0038R
m27559-429976.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

## ORDER

Based on the above Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action and all claims asserted herein are dismissed with prejudice and without cost to any party hereto.

DONE IN OPEN COURT this 30th day of July, 2003.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE BARBARA J. ROTHSTEIN

Presented by:

GRAHAM & DUNN

By_____
　Douglas C. Berry, WSBA #12291
　Email: *dberry@grahamdunn.com*
Attorneys for Defendant West Coast Products LLC

Approved as to form;
Notice of Presentation waived:

INSLEE, BEST, DOEZIE & RYDER, P.S.

By_____
　Andrew L. Symons, WSBA #7770
　Email: *asymons@insleebest.com*
Attorneys for Plaintiff Amin S. Lakha

~STIPULATION AND ORDER OF DISMISSAL

STIPULATION AND ORDER FOR
DISMISSAL -- 2

No. CV03 0038R

m27559-429976.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599